UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WALTER WILLIAMS,<br><br>    Petitioner,<br><br>  v.<br><br>CTF SOLEDAD,<br><br>    Respondent. | Case No. 25-cv-06829-RMI<br><br>**ORDER CLOSING CASE AS OPENED IN ERROR** |

Walter Williams filed a *pro se* civil rights complaint against Correctional Training Facility (CTF) Soledad and several individual defendants on September 19, 2024, which was assigned case No. 24-cv-06575. Judge Wise dismissed the complaint with leave to amend on July 8, 2025. On August 13, 2025, Williams filed a petition for writ of habeas corpus, which was opened as this new case. He subsequently sent the Court a letter explaining that the habeas petition was meant to be an amended complaint in case No. 24-cv-06575. Dkt. No. 5. The Clerk is therefore directed to close this action as opened in error and docket the petition (Dkt. No. 1) as the amended complaint in case No. 24-cv-06575. No fee is due in this action.

**IT IS SO ORDERED.**

Dated: September 8, 2025

ROBERT M. ILLMAN
United States Magistrate Judge